IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| REIDIE JACKSON, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:22-CV-0145-M-BR |
| RAY CRUZ, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION

After making an independent review of the case, and the January 20, 2023, Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes the Magistrate Judge's Findings and Conclusions are correct. The recommendation of the Magistrate Judge is accepted and the Complaint is dismissed as set forth in the recommendation.

SO ORDERED 14th day of February, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE